Commonwealth *v.* Czarnecki, Appellant.

Submitted March 20, 1972. Before WRIGHT, P. J., WATKINS, JACOBS, HOFFMAN, SPAULDING, CERCONE, and PACKEL, JJ.

*Fred I. Noch,* Public Defender, for appellant.

*Grant E. Wesner,* Deputy District Attorney, and *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 15, 1972:

Prior to indictment appellant was incarcerated in another county. He complains that he had no preliminary hearing before trial. *Commonwealth v. O'Brien,* 181 Pa. Superior Ct. 382, 124 A. 2d 666 (1956), specifically holds that a person imprisoned in another county need not be given a preliminary hearing and may be proceeded against by use of a district attorney's bill with the approval of the court. The record reveals compliance with the proper procedure.

Order affirmed.

JACOBS, J., concurs in the result.